**FILED**
CLERK, U.S. DISTRICT COURT
3/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NGUYEN VAN HO,<br><br>　　　　Defendant. | No. 8:21-cr-00043-JVS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C): Possession with Intent to Distribute MDMA] |

　　The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

　　On or about September 30, 2020, in Orange County, within the Central District of California, defendant NGUYEN VAN HO knowingly and intentionally possessed with intent to distribute

//

//

3, 4-methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROSALIND WANG
Assistant United States Attorney
Santa Ana Branch Office