E. MARTIN ESTRADA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
ROSALIND WANG (Cal. Bar No. 218626)
Assistant United States Attorney
Santa Ana Branch Office
    411 W. 4th Street, Ste. 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3547
    Facsimile: (714) 338-3708
    E-mail:   rosalind.wang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA No. CR 21-43-JVS |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION |
| v. | |
| NGUYEN VAN HO, | Sentencing: 11/28/22 at 10:30 a.m. |
| Defendant. | |

    The government, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby files its sentencing position for defendant NGUYEN VAN HO ("defendant").

    In its Presentence Report ("PSR"), the United States Probation Office ("USPO") determined that defendant's total offense level is 27, derived from a base of 30 under U.S.S.G. § 2D1.1(c)(5) for at least 1,000 kilograms of converted drug weight, minus 3 levels for acceptance of responsibility. PSR ¶¶ 21-29.

    The government concurs with these calculations in the PSR, as well as with the calculation of defendant's criminal history

category as I, based on zero criminal history points. PSR ¶ 34. With a total offense level of 27 and criminal history category I, the applicable sentencing range would be 70 to 87 months.

In this case, on September 30, 2020, defendant was driving a car that was stopped in Garden Grove for a traffic violation. PSR ¶ 8. One of his passengers had an outstanding felony warrant. PSR ¶ 10. Police searched the car and found a backpack containing 2,422 grams of MDMA, in both pressed pills and crystalline form. PSR ¶ 12. Also in the backpack were defendant's U.S. passport, a boarding pass with his name on it, and part of a pistol that is used to make unregistered "ghost" guns. PSR ¶ 13. Defendant told the officers that backpack was his. PSR ¶ 14.

Defendant's possession of nearly 3,000 MDMA pills (see Plea Agreement ¶ 12) for distribution is an aggravating factor, as is his possession of an unfinished firearm in the same backpack as the drugs. Also aggravating is his June 2022 trip to Las Vegas, without getting prior approval from Pretrial Services, in violation of the conditions of his bond. PSR ¶¶ 6-7. Defendant admitted that he did not seek permission for the trip because he thought the request would be denied. PSR ¶ 83 n.2. Defendant has a history of making bad decisions, as he acknowledged when interviewed about the instant offense. PSR ¶ 17(g).

In mitigation, defendant has no prior criminal history and is not a career drug trafficker. Defendant has been gainfully employed as a full-time tire technician since 2015, and worked several legitimate jobs before that. PSR ¶¶ 69-72. He has a college degree from CSU Long Beach and should be employable in the future. PSR ¶

67. Finally, defendant has taken responsibility for the offense and acknowledged his lack of judgment.  PSR ¶ 17.

The government recommends a low-end sentence of 70 months. This reflects the seriousness of the offense but also the lack of criminal history.  The government agrees with the USPO's recommendation of a three-year period of supervised release and a $10,000 fine, as it appears defendant has the ability to pay.

Dated: October 24, 2022           Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                  BENJAMIN R. BARRON
                                  Assistant United States Attorney
                                  Chief, Santa Ana Branch Office


                                        /s/
                                  ROSALIND WANG
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA